**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Ex parte Richard Vincent Letizia

Appellate case number:     01-16-00808-CR

Trial court case number:    2112524

Trial court:                        County Criminal Court at Law No. 4 of Harris County

Appellant, Richard Vincent Letizia, has filed a notice of appeal of the trial court's order denying his application for a writ of habeas corpus that challenged the legality of his arrest pursuant to a governor's warrant. Appellant has filed a "Motion to Reinstate Bail." We **deny** the motion. *Cf.* TEX. CODE CRIM. PROC. ANN. art. 44.35 (West 2018) (providing appellant shall be allowed bail by court or judge remanding appellant); *Ex parte Quinn*, 549 S.W.2d 198, 200 (Tex. Crim. App. 1977) (concluding Article 44.35 gives appellant in extradition case right to bond after issuance of governor's warrant).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                          ☑ Acting individually     ☐ Acting for the Court

Date: May 10, 2018